JOHN E. COWEN, Respondent, v. THE ST. LOUIS & IRON MOUNTAIN RAILROAD COMPANY, Appellant.

1. *Practice, civil — Motion for new trial, assignment of objections in.* — The Supreme Court will not consider objections to the action of the lower court which were not assigned in motion for new trial.

*Appeal from Jefferson Circuit Court.*

*Dryden & Dryden,* for appellant.

*Pipkin,* for respondent.

WAGNER, Judge, delivered the opinion of the court.

None of the objections urged for a reversal of the judgment in this case were brought to the attention of the court below in a motion for a new trial. No opportunity was allowed for the court to correct its errors, if any it committed. The points now made are that the court erred in admitting a deposition to be read in evidence, and also in giving instructions. The only reasons assigned in the motion for a new trial are that the verdict is contrary to the law and the evidence, and that the same was for the plaintiff when it should have been for the defendant. The questions raised here were not submitted to the Circuit Court.

Judgment affirmed. The other judges concur.